**Justin M. Baxter,** Oregon State Bar ID Number 992178
Email: justin@baxterlaw.com
BAXTER & BAXTER, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172

**Heather H. Jones,** *subject to admission pro hac vice*
Email: Heather@TheConsumerProtectionFirm.com
**William "Billy" Peerce Howard,** *subject to admission pro hac vice*
Email: Billy@TheConsumerProtectionFirm.com
The Consumer Protection Firm, PLLC
4030 Henderson Boulevard
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369

    *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **CHARLES FRANCIS,** | |
| Plaintiffs, | Case No. 3:20-CV-01733-SB |
| vs. | **UNOPPOSED MOTION TO DISMISS** |
| **GENESIS FS CARD SERVICES, INC.** | |
| Defendant. | |

COMES NOW Plaintiff Charles Francis ("Plaintiff"), and makes this unopposed motion that the above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and expenses.

DATED this 17th day of February, 2021.

        Respectfully submitted,

        s/ Justin M. Baxter
        **Justin M. Baxter,** Oregon State Bar ID Number 992178
        Email: justin@baxterlaw.com
        BAXTER & BAXTER, LLP
        8835 S.W. Canyon Lane, Suite 130
        Portland, Oregon 97225
        Telephone (503) 297-9031
        Facsimile (503) 291-9172

        **Heather H. Jones,** *subject to admission pro hac vice*
        Email: Heather@TheConsumerProtectionFirm.com
        **William "Billy" Peerce Howard,** *subject to admission pro hac vice*
        Email: Billy@TheConsumerProtectionFirm.com
        The Consumer Protection Firm, PLLC
        4030 Henderson Boulevard
        Tampa, FL 33629
        Telephone: (813) 500-1500, ext. 205
        Facsimile: (813) 435-2369

        *Attorneys for Plaintiffs*