**Justin M. Baxter,** Oregon State Bar ID Number 992178
Email: justin@baxterlaw.com
BAXTER & BAXTER, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172

**Heather H. Jones,** *subject to admission pro hac vice*
Email: Heather@TheConsumerProtectionFirm.com
**William "Billy" Peerce Howard,** *subject to admission pro hac vice*
Email: Billy@TheConsumerProtectionFirm.com
The Consumer Protection Firm, PLLC
4030 Henderson Boulevard
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369

 *Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CHARLES FRANCIS,** | |
| Plaintiff, | Case No. 3:20-CV-01733-SB |
| vs. | **ORDER OF DISMISSAL** |
| **GENESIS FS CARD SERVICES, INC.** | |
| Defendant. | |

Pending before the Court is the parties' unopposed motion to dismiss this action in its entirety with prejudice (ECF No. 16). Having read and considered the moving papers, and good cause appearing, the Court GRANTS the joint motion, and DISMISSES the action WITH PREJUDICE. Each party shall bear its own costs and expenses.

IT IS SO ORDERED

DATED this 18th day of February, 2021.

*Stacie F. Beckerman*
_____
Hon. Stacie F. Beckerman
United States Magistrate Judge

Prepared and submitted by:

s/ Justin M. Baxter
**Justin M. Baxter,** Oregon State Bar ID Number 992178
Email: justin@baxterlaw.com
BAXTER & BAXTER, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172

*Attorneys for Plaintiffs*

Page 2  – **ORDER OF DISMISSAL**